```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMANTHA MCGRATH, *individually and
as Administrator of the Estate of Michael
McGrath*,

                        Plaintiff,

          - against -

INDUSTRIAL WASTE TECHNOLOGIES
and JASON SYKES,

                       Defendants.
------------------------------------------------------------X

22-CV-3625 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties have indicated in their proposed case management plan and scheduling order that they consent to conducting all proceedings before a United States Magistrate Judge.  In order to effect doing so, the parties should jointly file a signed consent form on ECF and resubmit the proposed case management plan for my signature.  The parties shall make these filings by **July 1, 2022**.

                                              SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: June 24, 2022
        New York, New York

Copies transmitted this date to all counsel of record.