```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMANTHA MCGRATH, individually and
as Administrator of the Estate of Michael
McGrath,

                               Plaintiff,

               - against -

INDUSTRIAL WASTE TECHNOLOGIES
and JASON SYKES,

                            Defendants.
------------------------------------------------------------X

22-CV-3625 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On October 6, 2022, the parties indicated that they were planning to jointly request extension of discovery deadlines. (Dkt. 14.) By **November 23, 2022**, the parties shall jointly complete and file this Court's [Proposed] Civil Case Management Plan and Scheduling Order, available on the SDNY website at https://www.nysd.uscourts.gov/hon-robert-w-lehrburger reflecting the parties' proposed new deadlines.

                                           SO ORDERED.

                                           _____
                                           ROBERT W. LEHRBURGER
                                           UNITED STATES MAGISTRATE JUDGE

Dated: November 17, 2022
         New York, New York

Copies transmitted this date to all counsel of record.