**GALLO VITUCCI KLAR** LLP

WWW.GVLAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2023
```

Bryan T. Schwartz
Manhattan Office
bschwartz@gvlaw.com
646.998.1962

February 4, 2023

**VIA ECF**
The Honorable Robert W. Lehrburger, U.S.M.J.
United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007

      Re:    McGrath, as Administrator of the Estate of Michael McGrath v.
               Industrial Waste Technologies et al
               Case Number: 1:22-cv-03625-JLR-RWL

Honorable Magistrate Lehrburger:

      We are happy to advise the Court that the parties have resolved this case subject to obtaining the necessary Court approval.

      The parties are in the process of determining whether the settlement must be approved by the New York Surrogate Court, or whether it can be approved by Your Honor. As such, the parties respectfully request a 30 day stay so we can determine the next steps.

      We thank the Court in advance for its assistance and consideration to this request.

                                Very truly yours,

                                Bryan T. Schwartz of
                                GALLO VITUCCI KLAR LLP

Cc:    **VIA ECF**
        Andrew Kreidman, Esq.
        Zaremba Brown PLLC
        Attorneys for the plaintiffs

So ordered. The case is stayed for 30 days for the reasons stated. No later than **March 6, 2023**, the parties shall advise the Court as to status.

SO ORDERED: *[signature]*
2/6/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Manhattan 90 Broad Street, 12th Floor, New York, NY 10004 • New Jersey 1 University Plaza, Suite 306, Hackensack, NJ 07601
Westchester One Bridge Street, Suite 140, Irvington, NY 10533 • Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797

MAILING ADDRESS: 90 BROAD STREET, 12TH FLOOR, NEW YORK, NY 10004 • 212.683.7100