```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMANTHA MCGRATH, individually and
as Administrator of the Estate of Michael
McGrath,

                                       Plaintiff,

                   - against -

INDUSTRIAL WASTE TECHNOLOGIES
and JASON SYKES,

                                  Defendants.
-------------------------------------------------------------X

22-CV-3625 (JLR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On February 6, 2023, the Court stayed this action for 30 days while the parties finalized settlement and ordered the parties to advise the Court as to status by March 6, 2023. (Dkt. 22.) No status update has been filed. Therefore, no later than **March 20, 2023**, the parties shall file a joint letter advising the Court as to status.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 15, 2023
       New York, New York

Copies transmitted this date to all counsel of record.